Lemster *v.* Warner *et al.*

Filed June 8, 1893.

———————◆———————

No. 926.

LEMSTER *v.* WARNER ET AL.

SUPREME COURT.—*Jurisdiction.*—Jurisdiction in action to set aside a fraudulent conveyance and to subject real estate to payment of debt is, on appeal, in the Supreme Court.

From the Porter Circuit Court.

*W. E. Pinney*, for appellant.

*F. S. Jones* and *S. M. Jones*, for appellees.

DAVIS, J.—This was an action to set aside an alleged

fraudulent conveyance executed by appellee Warner to appellee Merrill, and to subject the real estate therein described, to the payment of a debt evidenced by a note executed by appellee Warner to appellant.

The jurisdiction is in the Supreme Court.

The clerk is, therefore, directed to transfer the case to the docket of the Supreme Court.

Filed June 20, 1893.